## RADHA R.M. NARUMANCHI ET AL. *v.* CITY OF NEW HAVEN ET AL. (AC 21277)

Spear, Mihalakos and Flynn, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## RADHA R.M. NARUMANCHI ET AL. *v.* NATIONWIDE MUTUAL INSURANCE COMPANY (AC 21324)

Spear, Mihalakos and Flynn, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## ANTONIO FARINHA *v.* COMMISSIONER OF CORRECTION (AC 20702)

Lavery, C. J., and Dranginis and Hennessy, Js.

Argued April 30—officially released May 22, 2001

Per Curiam. The judgment is affirmed.